Andrew T Curtis, Bar No. 13681
Lincoln Law Center, LLC
921 West Center St.
Orem, UT 84057
Phone: (801) 224-8282
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for Christopher Wayne Nelson

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

In Re:

CHRISTOPHER WAYNE NELSON

                Debtor.

) Case No: 18-24226
)
) Chapter 7
)
) Judge: Joel T Marker
)
) **AMENDED MATRIX**
)
)

AMENDED MATRIX
**$30.00 Fee Required**
_____**IFP Waiver**

File amended matrix with <u>ONLY</u> the amended creditors. File separate change of address form to change the debtor's address. Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7) \_\_\_ Yes  <u>X</u>  No.

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added.** A certificate of mailing should be filed with the Clerk's office (see below). <u>If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contains no more than four (4) lines per creditor address.</u>

Matrix:    Adding \_\_\_    Correcting <u>X</u>    Deleting \_\_\_

Please type the creditors' address(es) changes/additions below:

- Alpine Animal Hospital

    921 Emerald Bay Rd, South Lake Tahoe, CA, 96150

- Bed of Roses

135 S State St, Lindon, UT 84042

- Dr. Seth A Riddle

1055 N 300 W #401, Provo, UT 84604

- EMP

8646 Oak Valley Dr, Sandy, UT 84093

- NCO Financial Systems Inc

507 Prudential Rd, Horsham, PS, 19044-2308

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows:

___ Notices      ___ Discharge Notice      ___ Plan/Amended Plan      _X_ Notice of Chapter 7 Bankruptcy Case

Dated: July 6, 2018                                        /s/ Andrew T Curtis
                                                           Attorney & Counselor at Law